```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

MALIK MCCOLLUM ,

                     Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 733 (AT)( )

Defendant  MALIK MCCOLLUM  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X  Status and/or Scheduling Conference
    [conference dated 12/22/21]

___ Misdemeanor Plea/Trial/Sentence

_____ For Malik McCollum
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**MALIK MCCOLLUM**
Print Defendant's Name

_____ December 20, 2021
Defense Counsel's Signature

**ANDREW J. DALACK**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

December 22, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge