```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALIK MCCOLLUM,

                 Defendant.

21 Cr. 733 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On February 27, 2022, Defendant asked the Court to alter his pretrial release conditions to allow him to attend a job interview on March 1, 2022, and leave home to attend work if he was hired. ECF No. 14. The Government and Pretrial Services opposed any modification of Defendant's pretrial release conditions. *See* ECF No. 15. Because the job interview date has passed, Defendant's request is DENIED as moot without prejudice to renewal should Defendant have the opportunity to attend another job interview.

       The Clerk of Court is directed to terminate the pending motion at ECF No. 14.

       SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                                          ANALISA TORRES
                                                       United States District Judge