UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

         -against-

MALIK MCCOLLUM,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2022

21 Cr. 733 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendant's motion. *See* ECF No. 19. Accordingly,

1. By **April 27, 2022**, the Government shall file its opposition and
2. By **May 11, 2022**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: April 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge