Case 1:21-cr-00733-AT   Document 24   Filed 04/15/22   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALIK MCCOLLUM,

                              Defendant.

21 Cr. 733 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for April 20, 2022, is ADJOURNED *sine die*. The Court shall set a new date for the status conference after the conclusion of the briefing on Defendant's motion. *See* ECF No. 19.

    SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge