


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022

U.S. Department

United States
Southern District

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 29, 2022

Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Malik McCollum*, 21 Cr. 733 (AT)

Dear Judge Torres:

The Government writes with the consent of defense to seek an extension of time for the Government to file its brief in opposition to the defendant's motion to suppress. To permit the Government to fully investigate the claims made by the defendant, the Government seeks an extension until May 13 to file its opposition. The defendant consents to this request.

In addition, the Government respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, April 29, 2019, to and including May 13, 2022, to allow the parties to discuss a possible pretrial disposition and allow the defendant to continue to review discovery. Counsel for the defendant consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

GRANTED. By **May 13, 2022**, the Government may file its opposition. By **May 27, 2022**, Defendant may file his reply, if any.

Time until **May 13, 2022**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A). The Court finds that the ends of justice served by granting the exclusion outweigh the interests of the public and Defendant in a speedy trial because such an extension will allow the parties to discuss a possible pretrial disposition and allow Defendant to continue reviewing discovery.

SO ORDERED.

Dated: May 2, 2022
         New York, New York

ANALISA TORRES
United States District Judge