```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALIK MCCOLLUM,

                  Defendant.

21 Cr. 733 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **June 6, 2022**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: May 24, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge