# Federal Defenders
## OF NEW YORK, INC.

*David E. Patton*
**Executive Director**
*and Attorney-in-Chief*

52 Dt

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/6/2023___

April 5, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Malik McCollum**
      **21 Cr. 733 (AT)**

Dear Judge Torres:

    We write to provide an update on behalf of the parties in the above-captioned case in anticipation of the change-of-plea proceeding scheduled for April 11, 2023 at 2:00 p.m.

    As the Court is aware, Mr. McCollum was arrested this past February by the NYPD, which led to his bail being revoked in this matter. The government has indicated that it plans to obtain an indictment against Mr. McCollum for a separate violation of 18 U.S.C. § 922(g) in connection with the February 2023 arrest, and that the indictment should be returned as early as next week.

    Although Mr. McCollum was prepared to change his plea on April 11, 2023, in the above-captioned case, the prospect of a separate indictment has changed the landscape and the parties are in discussions about next steps, including the defense's pursuit of a global resolution. Nevertheless, the parties agree that it would be prudent to appear before the Court on April 11, 2023, at 2:00 p.m. and request that the Court hold a status conference in lieu of a change-of-plea proceeding.

                                      Respectfully Submitted,

    The Court shall hold a status conference in lieu of a change-of-plea proceeding. The conference is RESCHEDULED to **April 11, 2023**, at **2:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 6, 2023
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge