**Federal Defenders**
OF NEW YORK, INC.

52 Du

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_\_6/12/2023\_\_\_

*David E. Patton*
Executive Director
and Attorney-in-Chief

June 12, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   United States v. Malik McCollum
         21 Cr. 733 (AT)

Dear Judge Torres:

I write on behalf of the parties regarding the conference scheduled for tomorrow, June 13, 2023, at 11:00a.m. in the above-captioned case.

As the Court is aware, the parties have reached a global, written plea agreement to cover the instant case and a new case (charging another violation of 18 U.S.C. § 922(g)) arising out of the circumstances surrounding Mr. McCollum's bail violation earlier this year. Because the second case has not yet been assigned a district court judge, the parties respectfully submit that a brief adjournment of the guilty plea in the instant matter is appropriate (consistent with the spirit of the parties' global plea agreement, so that Mr. McCollum's guilty pleas may be heard on the same day and/or at the same time), and request that the Court adjourn the conference to June 27, June 28, June 29, or June 30, 2023.

Respectfully Submitted,

GRANTED.  The status conference scheduled for June 13, 2023, is ADJOURNED *sine die*.  The Court shall hold a change of plea hearing on **June 27, 2023**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

It is further ordered that time until June 27, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by such exclusion outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to prepare for the plea hearing.

SO ORDERED.

Dated: June 12, 2023
          New York, New York

ANALISA TORRES
United States District Judge