UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALIK MCCOLLUM,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2023

21 Cr. 733 (AT)
23 Cr. 323 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Sentencing in the above-captioned matters is scheduled for March 5, 2024. *See* 21 Cr. 733 ECF No. 65; 23 Cr. 323, ECF No. 10. Accordingly, by **February 16, 2024**, Defendant shall file his sentencing submission. By **February 23, 2024**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: December 28, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge