# Federal Defenders
## OF NEW YORK, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2024

Tamara Giwa
*Executive Director*

April 2, 2024

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Malik McCollum**
      **21 Cr. 733 (AT)**

Dear Judge Torres:

I write to respectfully request a three-week adjournment of the sentencing proceeding in the above-captioned case, which is currently scheduled for April 16, 2024, at 2:00p.m. The Government does not oppose this application.

Last week, I received Dr. Edward Fernandez's mitigation report, which reflects his evaluations of Mr. McCollum, his review of records relevant to Mr. McCollum's personal background and mental health, and his interviews with some of Mr. McCollum's family members. I require time to review the report with Mr. McCollum before finalizing my sentencing submission and a plan for his eventual reentry. Accordingly, I respectfully submit that a brief, three-week adjournment of sentencing is warranted.[1]

I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.

GRANTED.  Sentencing is adjourned to **May 7, 2024,** at **2:00 p.m.**  Defendant's sentencing submission is due on **April 23, 2024**.  The Government's submission is due on **April 30, 2024**.

SO ORDERED.

Dated:  April 3, 2024
        New York, New York

ANALISA TORRES
United States District Judge