```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALIK MCCOLLUM,

                        Defendant.

21 Cr. 733 (AT)
23 Cr. 323 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 24, 2024, the Court directed Defendant to file his sentencing submission by April 25, 2024, and the Government to file its submission by May 2, 2024. The Government's submission is now overdue.

    Accordingly, by **May 8, 2024**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: May 7, 2024
         New York, New York

_____
ANALISA TORRES
United States District Judge