```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

MALIK MCCOLLUM,

                     Defendant.

21 Cr. 733 (AT)
23 Cr. 323 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court notes a disparity in the Guidelines ranges calculated in the Final Presentencing Report (84 to 104 months' imprisonment, based on a total offense level of 25 and a criminal history category of IV) and the global plea agreement (57 to 71 months' imprisonment, based on a total offense level of 24 and a criminal history category of II). By **May 14, 2024**, the parties shall file supplemental sentencing submissions explaining their positions as to the applicable Guidelines range.

    SO ORDERED.

Dated: May 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge